IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMBASSADOR ANIMAL HOSPITAL, LTD., and OAK PARK ANIMAL HOSPITAL, LTD. | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 20 CV 3276 |
| | ) | Judge John F. Kness |
| ROADRUNNER PHARMACY, INC. and COVETRUS, INC., | ) | |
| Defendants. | ) | |

**DEFENDANT COVETRUS, INC.'S FRCP 7.1 DISCLOSURE STATEMENT AND L.R. 3.2 NOTIFICATION AS TO AFFILIATES**

NOW COMES a Defendant COVETRUS, INC., and pursuant to FRCP 7.1 and L.R. 3.2 of the Northern District of Illinois, hereby states as follows:

**FRCP 7.1 Disclosure Statement**

1. Covetrus, Inc. has no parent corporation. Morgan Stanley and BlackRock are publicly held entities that are the reported owners of 10% or more of the stock of Covetrus, Inc.

**L.R. 3.2 Notification as to Affiliates**

2. Clayton Dubilier & Rice, LLC is an affiliate. Morgan Stanley, BlackRock, Inc. and Vanguard are reported owners of more than 5% of the stock of Covetrus, Inc. and are therefore also affiliates.

Respectfully submitted,

COVETRUS, INC.

By: /s/ Bart T. Murphy__________
By One of its Attorneys

Bart T. Murphy (6181178)
Isaac J. Colunga
Martha Kohlstrand
Paul Brunkhorst
**ICE MILLER LLP**
2300 Cabot Dr., Suite 455
Lisle Illinois 60532
630-955-6392
bart.murphy@icemiller.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on June 5, 2020 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on all counsel of record by the Clerk's ECF/CM system.

s/Bart T. Murphy
Bart T. Murphy
Ice Miller LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
(630) 955-6392
bart.murphy@icemiller.com