IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMBASSADOR ANIMAL HOSPITAL, LTD. and OAK PARK ANIMAL HOSPITAL, LTD. | ) | |
| Plaintiffs, | ) | No. 20 CV 03276 |
| v. | ) | Hon. John F. Kness |
| ROADRUNNER PHARMACY, INC, and COVETRUS, INC., | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS COUNT II OF PLAINTIFFS' COMPLAINT**

NOW COME Defendants, Roadrunner Pharmacy, Inc. ("Roadrunner") and Covetrus, Inc. ("Covetrus"), (collectively "Defendants"), and pursuant to Fed. R. Civ. Proc. 12(b)(6), hereby move to dismiss Count II (Conversion) of Plaintiff's complaint for failure to state a claim upon which relief may be granted for the reasons set forth in the concurrently filed Defendants' Memorandum of Law in support of their motion to dismiss. Defendants contacted Plaintiff's counsel by email to ascertain whether they agree with this motion and have not yet received a response. Defendants assume Plaintiffs will oppose this motion and have suggested a proposed briefing schedule to Plaintiffs' counsel. Defendants will submit a proposed order setting a briefing schedule on this motion.

Respectfully submitted,

ROADRUNNER PHARMACY, INC. and
COVETRUS, INC.

By: s/ Bart T. Murphy
One of their Attorneys

Bart T. Murphy (6181178)
Isaac J. Colunga
Martha L. Kohlstrand
Paul A. Brunkhorst
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392
bart.murphy@icemiller.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on July 7, 2020 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the following counsel of record by the Clerk's ECF/CM system.

| | |
|---|---|
| Philip A. Bock | phil@classlawyers.com |
| David M. Oppenheim | david@classlawyers.com |
| Jonathan B. Piper | jon@bockhatchllc.com |
| Molly E. Stemper | molly@classlawyers.com |
| Tod A. Lewis | tod@bockhatchllc.com |

s/Bart T. Murphy
Bart T. Murphy (6181178)
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392
bart.murphy@icemiller.com