# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMBASSADOR ANIMAL HOSPITAL, LTD. and OAK PARK ANIMAL HOSPITAL, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>ROADRUNNER PHARMACY, INC, and COVETRUS, INC.<br><br>Defendants. | No. 1:20-cv-03276<br><br>Judge John F. Kness |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs AMBASSADOR ANIMAL HOSPITAL, LTD. and OAK PARK ANIMAL HOSPITAL, LTD. and Defendants ROADRUNNER PHARMACY, INC. and COVETRUS, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice, each side to bear its own costs.

| | |
|---|---|
| Dated: July 20, 2020 | Respectfully submitted, |
| By: /s/ Phillip A. Bock | By: /s/ Bart T. Murphy (with permission) |
| Phillip A. Bock<br>BOCK HATCH & OPPENHEIM, LLC<br>134 North La Salle St, Suite 1000<br>Chicago, Illinois 60602<br>Telephone: 312-658-5501<br>phil@classlawyers.com | Bart T. Murphy<br>ICE MILLER LLP<br>2300 Cabot Dr., Suite 455<br>Lisle, IL 60532<br>Tel: 630-955-6392<br>bart.murphy@icemiller.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |