UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Ambassador Animal Hospital, Ltd., et al.
                              Plaintiff,

v.                                                                            Case No.: 1:20−cv−03276
                                                                    Honorable John F. Kness

Roadrunner Pharmacy, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 5, 2021:

      MINUTE entry before the Honorable John F. Kness: On 8/5/2021, the parties filed an executed "Stipulation of Dismissal" [38] explaining that they jointly stipulate to the dismissal of this action. Accordingly, the case is dismissed without prejudice in accordance with the terms of the parties' stipulation and by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. *See Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Each party is to bear its own fees and costs. All pending motions are dismissed as moot. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.